# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00552-DDD-MEH

CARLOS CUESTA, et al.

    Plaintiffs,

vs.

7007 S CLINTON HOTEL, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, with consent of Defendant, to inform the Court that the parties have settled the above-captioned matter. Counsel for the parties expect to file a stipulated dismissal with prejudice within the next sixty days. The parties request that the Court enter a 60-day order which will administratively terminate the action and moot all pending deadlines.

Respectfully submitted this 15th day of June 2022.

    *s/ Jon G. Shadinger Jr.*
    Jon G. Shadinger Jr., Esq.
    Shadinger Law, LLC
    717 E. Elmer Street, Suite 7
    Vineland, NJ 08360
    Phone (609) 319-5399
    Fax (314) 898-0458
    js@shadingerlaw.com
    *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of June 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.