**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00552-DDD-MEH

CARLOS CUESTA, et al.

      Plaintiffs,

vs.

7007 S CLINTON HOTEL, LLC,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

      It is hereby stipulated and agreed by and between the Plaintiffs, and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
_____

Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
js@shadingerlaw.com
Phone (609) 319-5399
Fax (314) 898-0423
*Attorney for Plaintiffs*

/s/ Phillip H. Stillman
_____

Phillip H. Stillman, Esq.
Stillman & Associates
3015 North Bay Road, Suite B
Miami Beach, FL 33140
Phone (888) 235-4279
Fax (888) 235-4279
pstillman@stillmanassociates.com
*Attorneys for Defendant*

Dated: October 12, 2022

8

2472892.1